THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> METRO PAINTING LLC, *et al.*, <br><br> Defendants. | CASE NO. C21-1634-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Although a motion for entry of default "need not be served on the defaulting party," LCR 55(a), it is not appropriate to file such a motion *ex parte* even where, as here, the movant has already given the written notice required by the local rule. *See, e.g.*, *Studio 010, Inc. v. Digital Cashflow* LLC, 2020 WL 3605654, slip op. at 3 (W.D. Wash. 2020) (citing *Mission Power Engineering Co. v. Continental Cas. Co.*, 83 F. Supp. 488, 493 (C.D. Cal. 1995)) (*ex parte* motions are not justified absent evidence the movant's cause will be irreparably prejudiced if motion is heard using regular notice procedures). It is therefore ORDERED as follows:

1. Plaintiff's motion for entry of default (Dkt. No. 12) is UNSEALED. The clerk is DIRECTED to provide a copy of the motion, with attachments, to all counsel via email.

2.  The motion is RE-NOTED to April 8, 2022.

3.  Defendant shall respond to the Complaint on or before the noting date or face entry of default.

DATED this 5th day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk