THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br>    Plaintiffs, <br>   v. <br><br> METRO PAINTING LLC, *et al.*, <br><br>    Defendants. | CASE NO. C21-1634-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant has complied with this Court's minute order (Dkt. No. 13) by filing an answer (Dkt. No. 14). Accordingly, Plaintiffs' motion for default (Dkt. No. 12) is DENIED.

DATED this 11th day of April 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-1634-JCC
PAGE - 1