THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,

        Plaintiffs,

  v.

METRO PAINTING LLC, *et al.*,

        Defendants.

CASE NO. C21-1634-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause, the Court GRANTS the parties' first stipulated motion to continue discovery deadlines and the trial date (Dkt. No. 18), in light of their ongoing efforts to resolve this matter informally, (*id.* at 1). It is therefore ORDERED that the current scheduling order (Dkt. No. 17) is MODIFIED as follows:

|  | New Deadline |
|---|---|
| Discovery Cutoff | November 1, 2022 |
| LCR 39.1 Mediation Deadline | November 28, 2022 |
| Deadline for Dispositive Motions | December 12, 2022 |
| Proposed Pretrial Order | March 2, 2023 |
| Three-Day Bench Trial | March 13, 2023 |

MINUTE ORDER
C21-1634-JCC
PAGE - 1

DATED this 27th day of June 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk